IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr1078-F |
| | ) | WO |
| GEORGE HOEY MORRIS | ) | |
| aka JOHNNY RAY FORTUNE | ) | |

## ORDER ON MOTION

Upon consideration of the government's motion to seal exhibits (Doc. 19), filed June 17, 2005, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Exhibits 1 and 3 admitted into evidence at the hearing held this date shall be placed under seal until further order of this court.

DONE, this 17th day of June, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE