IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr108-F |
| | ) | WO |
| GEORGE HOEY MORRIS | ) | |
| aka JOHNNY RAY FORTUNE | ) | |

**<u>ORDER ON MOTION</u>**

This case is before the court on the government's motion for review of release order (Doc. #15). The court held a hearing on the motion in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), on June 17, 2005. For the following reasons, the court concludes that the motion should be granted and the defendant should be detained pending trial in this case.

The credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant has previously been convicted of a felony involving the sale of narcotics. He has been charged with instances of forgery, fraud and perjury, including pending charges in Florida and Alabama relating to driver's license fraud and giving a false name to law enforcement. He has been convicted of attempting to elude police, and has pending warrants for failure to appear on two drug charges in Elmore County. He is currently under investigation for misuse of a Social Security number in Florida and for forgery, voter fraud, and possession of child pornography in Alabama. In addition, the government intends to seek a superceding indictment in this case based on evidence that defendant possessed at least one and possibly two firearms subsequent to his felony conviction. The government also suspects that defendant prepared an incendiary device (a

"Molotov cocktail") and placed it on his own porch with a note designed to make it appear that he was being threatened by his neighbors.

Defendant travels frequently, and has – by his own account – visited some 65 foreign countries, 39 states and six U.S. territories. Although some of defendant's identification documents (taken out in two different names) have been seized, defendant has, in the past, submitted a number of requests for replacement documents. The government has not located or secured a Georgia driver's license (under the name Johnny Ray Fortune), a Florida driver's license (under the name George Morris), and a U.S. passport (under the name Johnny Ray Fortune) that may still be in defendant's possession. Defendant's sister told law enforcement that defendant stated to her that the government did not find all of his passports. On or about the date that he was arrested on pending state charges, defendant told the Eclectic Observer that he was leaving Eclectic, and he was arrested in Texas. According to defendant's autobiography, he has repeatedly entered at least one country (Vietnam) by illegally using identity documents obtained to circumvent an order banning him from the country.

Defendant is also under investigation for several incidents in Eclectic, Alabama, in which he allegedly approached young girls (ages 8, 9, 12 and 15) and asked them to pose for photographs. The 9-year-old was allegedly asked to pose in her underwear, and the 12-year-old was asked to pose nude. Defendant maintains websites on which he posts the photographs of young girls, some in suggestive poses. He has also published a book entitled Virginbride.Net, which is a guide to finding and attracting "young virgins" in foreign countries. The book claims that defendant has "had sexual relations with more than 400

females of all ages outside the jurisdiction of the United States," and it discusses such topics as early childhood sexual activities, child marriages, and "raising your own virgin." The book contains photographs of many young girls, some only partially clothed and many in suggestive poses.

Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant or protect the community and that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 20th day of June, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE