In The District Court for the United States
Middle District of Alabama
Northern Division

RECEIVED
2006 MAR 10 A 10:13
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America )
v ) CR. NO. 2:05-108-F
George Hoey Morris )

Defendant's Motion To Delay Ruling On The Motion To Withdraw From Plea Agreement

Comes now the defendant George Hoey Morris appearing pro se and moves this Court to delay ruling on the Motion to Withdraw From Plea Agreement, said motion being heard on 08 March 2006 before the Honorable L. Scott Coogler.

Defendant requests that the ruling be delayed until after the transcript of that hearing and of the initial appearance of Heather Morris, also heard on 13 March 2006 are provided to the defendant. Defendant's council Maryanne Melrose Prince filed a motion to obtain said transcripts on 24 February 2006. These transcripts are vital to the defendants argument that his plea be withdrawn.

The nature of Heather Morris' appearance is unknown to the defendant at this time. She had been arrested for being late to a hearing that had not yet occurred and her

**MOTION DENIED AS MOOT**
THIS 10th DAY OF March, 2006

/s/ L. Scott Coogler
UNITED STATES DISTRICT JUDGE