IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                          ) | CR. NO. 2:05cr108-LSC |
| ) | WO |
| GEORGE HOEY MORRIS          ) | |

**ORDER ON MOTION**

Upon consideration of defendant's pro se motion for review of detention order (Doc. # 93), filed March 9, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED pursuant to the court's order entered on March 10, 2006 (Doc. # 96) instructing defendant that all motions must be filed by defense counsel and denying defendant's motion to withdraw guilty plea.

DONE, this 13th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE