IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:05cr108-LSC |
| ) | WO |
| GEORGE HOEY MORRIS ) | |
| aka JOHNNY RAY FORTUNE ) | |

## **ORDER**

Upon consideration of the government's motion to allow deposition of government witness (Doc. # 120), filed June 16, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 19th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE