IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr108-LSC |
| | ) | |
| GEORGE HOEY MORRIS | ) | |
| aka JOHNNY RAY FORTUNE | ) | |

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED. It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered February 24, 2006 is hereby rescinded and declared void *ab initio*.

Done this 30th day of June 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019