IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr108-LSC |
| | ) | |
| GEORGE HOEY MORRIS | ) | |

### **ORDER**

Upon consideration of the request for payment of voucher (Doc. # 140) filed August 4, 2006 by defendant's former attorney, Russell Duraski, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.  Payment for the services of CJA panel attorneys is tendered at the close of the proceedings.[1]

DONE, this 8th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] This is the case because total payment for appointed counsel representing a defendant in a criminal case normally cannot exceed certain limits.  Thus, the compensation available may have to be divided among attorneys unless permission to exceed the limits is sought and granted.