United States District Court
Middle District of Alabama
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | 2:05-cr-108-LSC |
| ] | |
| GEORGE HOEY MORRIS, ] | |
| ] | |
| Defendant. ] | |

Order

Before the court is the Motion for Review of Detention Order filed by the defendant. (Doc. # 138). The court interprets the motion as both a request for this court to review the previously entered detention order as well as an objection, although certainly not made in a timely fashion, to that detention order. The court has reviewed the defendant's motion, the responses filed by the United States, the other pleadings in the court file, and the court has read the transcripts of the hearing held by the magistrate judge. In addition, this court, after two hearings, allowed the defendant to withdraw the plea of guilty he entered at the time his case was set to be tried.

After considering all of the matters presented by the parties, as well as the material described above, the court makes a *de novo* determination that the defendant should not be released on bond pending his trial.  In addition to the findings and conclusions made by the magistrate judge in the original detention order, which this court adopts, the court finds that there is a serious risk that the defendant will flee.  There is no condition or combination of conditions that will reasonably assure that the defendant will appear as required for trial.  The defendant's ability to change identities and travel to and from other countries has been clearly demonstrated.  The motion (Doc. # 138) is hereby Denied.

Done this 14th day of August 2006.

*/s/ L. Scott Coogler* 2620

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE