In United States District Court
Middle District of Alabama
Northern Division

United States of America  )
  )
vs.  )  2:05 CR00108s-LSC
  )
George Hoey Morris  )

## Statement by Defendant

I strenuously object to the procedures by which I was convicted of these crimes. The Four sex crimes were essentially the same the same crime written four different ways. I was convicted of traveling from the Middle District of Alabama with the intent to engage in illegal sex; an impossibility in view of the fact that I married my wife Pham Thao three weeks after I met her and more than a month after I left the USA, according to her testimony.

These charges were the result of a frustrating and expensive effort by Homeland Security to find a sexual victim and their inability to find one.

A confusing and false jury charge that stated that a female must be 18 in Vietnam to marry essentially annulled my marriage to Pham Thao, despite the fact I had parental permission from both parents, permission from the police and a 3 hour wedding with 100 guests.

A second false jury charge stated that sex with an individual under sixteen is illegal when in fact sex with one's spouse is always legal.

The jury was further confused after a Homeland Security Agent read a letter from Vietnam saying my marriage was not registered without informing that jury that

**MOTION DENIED**
THIS __10th__ DAY OF __January__, 20__07__
__/s/ L. Scott Coogler__
UNITED STATES DISTRICT JUDGE