AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

v.                                                        Case Number 2:05-CR-0108-LSC

GEORGE HOEY MORRIS                                        USM Number 11672-002
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, GEORGE HOEY MORRIS, was represented by Jon Carlton Taylor.
On motion of the United States, the court has dismissed with prejudice count 7sss (Count 2 in doc. #187). The defendant was found guilty on counts 1sss, 2sss, 3sss, 4sss, 5sss, and 6sss after a plea of not guilty. Accordingly, the defendant is adjudged guilty of the following counts, involving the indicated offenses:

| Title & Section | Nature of Offense | Offense Ended | Count Numbers |
|---|---|---|---|
| 18 USC § 2421 | Transportation for Criminal Activity | 06/1999 | 1sss  (Count 1 in doc. #189) |
| 18 USC § 2422(a) | Coercion and Enticement | 06/1999 | 2sss  (Count 2 in doc. #189) |
| 18 USC § 2423(a) | Transportation of Minors for Criminal Sexual Activity | 06/1999 | 3sss  (Count 3 in doc. #189) |
| 18 USC § 2423(b) | Transportation of Minors for Illicit Sexual Conduct | 06/1999 | 4sss  (Count 4 in doc. #189) |
| 18 USC § 1546 | Immigration Fraud | 07/05/2001 | 5sss  (Count 5 in doc. #189) |
| 18 USC § 922(g)(1) | Felon in Possession | 12/20/2004 | 6sss  (Count 1 in doc. #187) |

As pronounced on July 3, 2007, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $600.00, for counts 1sss, 2sss, 3sss, 4sss, 5sss, and 6sss, which shall be due immediately, payable to the Clerk, U.S. District Court, Middle District of Alabama, P.O. Box 711, Montgomery, AL 36104.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Done this <u>6th day of July, 2007</u>.

                                                      L. SCOTT COOGLER
                                      UNITED STATES DISTRICT JUDGE
                                                   124019

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 7

Defendant: GEORGE HOEY MORRIS
Case Number: 2:05-CR-0108-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED TWENTY (120) months as to each of Counts 1sss and 2sss, separately, (Count 1 and 2 in doc. #189), ONE HUNDRED TWENTY (120) months as to Count 6sss (Count 1 of doc. #187), and ONE HUNDRED EIGHTY (180) months as to each Count 3sss, 4sss, and 5sss, separately, (Counts 3,4, and 5 of doc. #189). All six counts shall run consecutively with each other for a total term on imprisonment of NINE HUNDRED (900) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

_____
United States Marshal

By  _____
Deputy Marshal

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 7

Defendant: GEORGE HOEY MORRIS
Case Number: 2:05-CR-0108-LSC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **36 months**. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

✔ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

✔ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Continuation of Standard Conditions of Supervised Release

Judgment--Page 4 of 7

Defendant: GEORGE HOEY MORRIS
Case Number: 2:05-CR-0108-LSC

**CONTINUATION OF STANDARD CONDITIONS OF SUPERVISED RELEASE**

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 (cont'd) - Supervised Release
___

Judgment--Page 5 of 7

Defendant: GEORGE HOEY MORRIS
Case Number: 2:05-CR-0108-LSC

### SPECIAL CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court; in additional, to include papers, computer, or other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct, and by any probation officer in the lawful discharge of the officer's supervision functions.
2) The defendant shall cooperate in the collection of DNA.
3) The defendant shall participate, under the administrative supervision of the probation officer, in mental health rehabilitation programs. The defendant shall contribute to the cost of mental health treatment unless the probation officer determines that the defendant does not have the ability to do so.
4) The defendant shall submit to drug testing, under the supervision of the probation officer.
5) The defendant shall participate, under the administrative supervision of the probation officer, in the probation office's computer restriction/monitoring program (or a comparable program in the district of supervision) which includes possession or use of a computer or any device that can access the internet; except that he may, with the approval of the probation officer, use a computer in connection with authorized employment. The defendant shall consent to third party disclosure to any employer or potential employer, concerning any computer-related restrictions that are imposed on him.
6) The defendant shall not have any unsupervised, one-to-one contact with children under the age of 18 or engage in any occupation, employment, or volunteer activities which would place him in a position of trust with children under the age of 18. He will refrain from entering into any place where children normally congregate, without the written approval of the court.
7) The defendant shall have no direct or indirect contact with the victim(s) in this case.
8) The defendant shall not possess any form of pornography, sexually stimulating or sexually oriented material depicting children under the age of 18. He shall not enter any location where such pornography or erotica can be accessed, obtained, or viewed.
9) The defendant shall register and comply with all Community Notification Act requirements and any then applicable local, state, or federal law dealing with the monitoring of those convicted of sex-related offenses.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 5 - Fine

Judgment--Page 6 of 7

Defendant: GEORGE HOEY MORRIS.
Case Number: 2:05-CR-0108-LSC

### FINE

The defendant shall pay a fine of $250,000.00 per each Count 1sss, 2sss, 3sss, 4sss, 5sss, & 6sss for a total fine of $1,500,000.00.

The Court has determined that the defendant does not have the ability to pay interest, and it is accordingly ordered that the interest requirement is waived.

This fine is due and payable immediately.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 6 - Restitution and Forfeiture

Judgment--Page 7 of 7

Defendant: GEORGE HOEY MORRIS
Case Number: 2:05-CR-0108-LSC

## RESTITUTION AND FORFEITURE

### FORFEITURE

One Ruger, Model 10/22, .22 Caliber Carbine, Serial Number 242-39237